1  Gregory Yoder, SBN 274702
   **LAW OFFICE OF GREGORY YODER**
2  27201 Puerta Real, Suite 300
3  Mission Viejo, CA 92691
   Phone: (949) 334-7184
4  greg@gregyoderlaw.com

5  *Attorney for Defendant Sky Billiards,*
   *Inc. d/b/a Best Choice Products*
6
                    UNITED STATES DISTRICT COURT
7
                    CENTRAL DISTRICT OF CALIFORNIA
8

9
   P&P Imports LLC, a California Limited       Civ. Case No. 8:18-cv-00358
10 Liability Corporation,
                                               **Stipulation to Extend Time to Respond to**
11              Plaintiff,                     **Initial Complaint By Not More Than 30 Days**
                                               **(L.R. 8-3)**
12      v.
                                               Complaint served: March 12, 2018
13 Sky Billiards, Inc., a California           Current response date: April 2, 2018
   Corporation d/b/a Best Choice Products,     New response date: May 2, 2018
14 and Does 1-10 Inclusive

15              Defendants.

16

17      IT IS HEREBY STIPULATED, pursuant to Local Rule 8-3, by and between plaintiff P&P

18 Imports LLC ("Plaintiff"), and defendant Sky Billiards, Inc. d/b/a Best Choice Products

19 ("Defendant"), through their undersigned counsel, that Defendant may have a thirty (30) day

20 extension of time, up to and including May 2, 2018, to file an answer or otherwise respond to

21 Plaintiff's Complaint in the above-captioned action.  No prior extension has been requested by

22 Defendant.

23

24

25

26

27

28                                              1

Respectfully submitted,

| | |
|---|---|
| */s/ William E. Levin* | */s/ Gregory Yoder\** |
| **LEVIN & DICTEROW** | Gregory Yoder, SBN 274702 |
| William E. Levin, SBN 104631 | **LAW OFFICE OF GREGORY YODER** |
| Steven M. Dicterow, SBN 89371 | 27201 Puerta Real, Suite 300 |
| 668 N. Coast Highway, Suite 1264 | Mission Viejo, CA 92691 |
| Laguna Beach, CA 92651 | Phone: (949) 334-7184 |
| williamlevin@hotmail.com | greg@gregyoderlaw.com |
| sdicterow1121@yahoo.com | *Attorney for Defendant Sky Billiards, Inc.* |
| (949) 613-5131 | *d/b/a Best Choice Products* |
| *Attorney for Plaintiff,* | |
| *P&P Imports LLC* | |

\*Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented to accept service by electronic means.

Dated: March 30, 2018

*/s/ Gregory Yoder*
Gregory Yoder, SBN 274702
**LAW OFFICE OF GREGORY YODER**
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
Phone: (949) 334-7184
greg@gregyoderlaw.com
*Attorney for Defendant Sky Billiards, Inc.
d/b/a Best Choice Products*